MARIE TEYKL et al., Respondents, v. JOSEPH REINHART, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MORTON LEXOW et al., as Copartners Practicing under the Name of LEXOW & JENKINS, Plaintiffs, v. MIDTOWN BUS TERMINAL OF NEW YORK, INC., Defendant and Third Party Plaintiff-Appellant, and BUS DEPOT HOLDING CORP., Third Party Defendant-Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN M. JONES, Respondent-Appellant, v. FRED C. MOFFATT, as Acting President of the New York Curb Exchange, Appellant-Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [183 Misc. 129.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER HOCHBERG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RUTH F. KROGER et al., Appellants, v. BRONX BOULEVARD GARAGE, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EARL O. ROSENTHAL, Respondent, v. LIPSKY & ROSENTHAL, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

OAKDALE CONTRACTING CO., INC., Respondent, v. PAUL ENGLANDER et al., Individually and as Copartners Doing Business under the Name of ENGLANDER AND ENGLANDER, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse and grant the motion. [See *post*, p. 1026.]

PHILA APTE, Respondent, v. JOSEPH APTE, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PHILA APTE, Respondent, v. JOSEPH APTE, Appellant.— Judgment in the assault action, entered October 28, 1943, unanimously modified by allowing interest only from the date of the award, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS ENG, Respondent, v. EDWARD C. TOM et al., Appellants, et al., Defendants. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., concurs in the affirmance of the judgment on the ground that the statement complained of was made in the presence of the defendant Barber and that the jury could infer from his failure to deny it an admission of its accuracy. [See *post*, pp. 1027, 1039.]

FRANK CANELOS et al., Appellants, v. GEORGE STEFANO, Respondent, et al., Third Party Defendants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to reply within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer J., dissents and votes to reverse and grant the motion.

STANDARD ACCIDENT INSURANCE COMPANY, Respondent, v. MAURICE NEWMAN, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 1039.]